Jim HERNANDEZ, Appellant,

v.

The STATE of Texas, Appellee.

No. 27951.

Court of Criminal Appeals of Texas.

Jan. 18, 1956.

Henry Taylor, Temple, for appellant.

Raymond Thornton, Dist. Atty., Temple, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is unlawful possession of a narcotic drug; the punishment, 4 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.